NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NEW YORK INNOVATIVE BUILDERS, LLC, *a <u>New York</u> limited liability company;*<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK INNOVATIVE BUILDERS LLC, *a <u>California</u> limited liability company*; PACIFIC COAST INTERNATIONAL GROUP, LLC*, a <u>California</u> limited liability company*; BURTON CONSTRUCTION & MANAGEMENT, INC., *a <u>California</u> corporation*; PETER BURTON, *an individual*; OMAR R. AL JAZAR, *an individual*; *and* DOES 1-20, inclusive.<br><br>Defendants. | Case No. 8:22-cv-01941-FWS-KES<br><br>Assigned For All Purposes To: Hon. Fed W. Slaughter<br><br>**ORDER ON JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE [47]** |

///

///

///

**ORDER ON JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**
**PAGE 1**

Having reviewed the Parties' Joint Stipulation to Dismiss Case Without Prejudice [47] (the "Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the above-captioned case **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: August 24, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE